UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 21-cv-82051-MATTHEWMAN

MATTHEW HAYDEN,

    Plaintiff/Counter-Defendant,

v.

STEVEN F. URVAN,

    Defendant/Counter-Plaintiff.
_____/

FILED BY SW D.C.
Mar 22, 2024
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - WPB

## AMENDED FINAL JUDGMENT[1]

Pursuant to Rules 54 and 58 of the Federal Rules of Civil Procedure, Final Judgment is hereby entered as follows.

    a. PART I – Plaintiff MATTHEW HAYDEN's Claims Against Defendant STEVEN F. URVAN

With respect to Count II of the Amended Complaint [DE 292] and based on the duly entered Jury Verdict [DE 340], Final Judgment is hereby entered in favor of Plaintiff MATTHEW HAYDEN and against Defendant STEVEN F. URVAN on that Count. Plaintiff MATTHEW HAYDEN shall recover from Defendant STEVEN F. URVAN the amount of **Five Hundred Thousand Dollars ($500,000)** as to Count II of the Amended Complaint [DE 292], plus post-

---

[1] The Final Judgment [DE 344] is amended solely to correct a scrivener's error. Previously, the Final Judgment stated in footnote 5 that "[t]his also includes those portions of Counts **X**III and IX that were raised against Brew First, Inc, as Brew First, Inc. is no longer a party to this case." [DE 344 at 3 n.5] (emphasis added). This Amended Final Judgment—entered *nunc pro tunc* to March 8, 2024—corrects that footnote to instead state: "[t]his also includes those portions of Counts **V**III and IX that were raised against Brew First, Inc, as Brew First, Inc. is no longer a party to this case." *See* note 6, *infra* (emphasis added). All parties are in agreement and jointly request entry of this amended judgment.

judgment interest beginning on the date that this Final Judgment is entered, for which let execution issue.[2]

With respect to Counts I, III, and IV of the Complaint [DE 1-1] and based upon the Court's Order Granting in Part and Denying in Part Motions for Summary Judgment [DE 241], Final Judgment is hereby entered in favor of Defendant STEVEN F. URVAN and against Plaintiff MATTHEW HAYDEN as to those Counts. Plaintiff MATTHEW HAYDEN shall take nothing from Defendant STEVEN F. URVAN as to Counts I, III, and IV of the Complaint [DE 1-1].

With respect to Count V of the Complaint [DE 1-1], Plaintiff MATTHEW HAYDEN withdrew and abandoned Count V when he filed the Amended Complaint [DE 292],[3] and therefore Count V of the Complaint [DE 1-1] is hereby dismissed with prejudice. Final Judgment is hereby entered in favor of Defendant STEVEN F. URVAN and against Plaintiff MATTHEW HAYDEN on that Count. Plaintiff MATTHEW HAYDEN shall take nothing from Defendant STEVEN F. URVAN as to Count V of the Complaint [DE 1-1].[4]

b. PART II – Defendant/Counter-Plaintiff STEVEN F. URVAN's Claims Against Plaintiff/Counter-Defendant MATTHEW HAYDEN

With respect to Counts I, II, III, IV, VIII, and IX of the Amended Counterclaim [DE 51] and based upon the Court's Order Granting in Part and Denying in Part Motions for Summary Judgment [DE 241], Final Judgment is hereby entered in favor of Plaintiff/Counter-Defendant MATTHEW HAYDEN and against Defendant/Counter-Plaintiff STEVEN F. URVAN as to those

---

[2] Such amount shall bear interest at the statutory rate pursuant to 28 U.S.C. § 1961.
[3] *See* DEs 289 and 292.
[4] The Amended Complaint was filed to remove reference to Count V of the Complaint [DE 1-1] and to remove reference to the claims disposed of in the Court's Order Granting in Part and Denying in Part Motions for Summary Judgment [DE 241]. *See* DE 292 at 1 n.1. The Court enters a Final Judgment here to ensure that the record reflects that all claims have been disposed of by the Court.

Counts. Defendant/Counter-Plaintiff STEVEN F. URVAN shall take nothing from Plaintiff/Counter-Defendant MATTHEW HAYDEN as to Counts I, II, III, IV, VIII, and IX of the Amended Counterclaim [DE 51].

With respect to Count V of the Amended Counterclaim [DE 51] and based upon counsel for Defendant/Counter-Plaintiff STEVEN F. URVAN's acknowledgment and statement at the beginning of the jury trial that Defendant/Counter-Plaintiff STEVEN F. URVAN was withdrawing and/or abandoning that Count,[5] Count V of the Amended Counterclaim [DE 51] is hereby dismissed with prejudice. Final Judgment is hereby entered in favor of Plaintiff/Counter-Defendant MATTHEW HAYDEN and against Defendant/Counter-Plaintiff STEVEN F. URVAN on that Count. Defendant/Counter-Plaintiff STEVEN F. URVAN shall take nothing from Plaintiff/Counter-Defendant MATHEW HAYDEN as to Count V of the Amended Counterclaim [DE 51].[6]

The Clerk of Court is directed to **CLOSE** this case. The Court retains jurisdiction to consider any timely motions for attorneys' fees and for costs.

**ORDERED AND ADJUDGED** in Chambers at West Palm Beach, Palm Beach County, Florida, this 22nd day of March 2024, *nunc pro tunc* to March 8, 2024.

WILLIAM MATTHEWMAN
United States Magistrate Judge

---

[5] This statement is consistent with the Stipulation of Voluntary Dismissal of Counterclaim [DE 303].

[6] Counts VI, VII, and X of the Amended Third-Party Complaint [DE 51] were raised solely against Third-Party Brew First, Inc. by Defendant/Counter-Plaintiff STEVEN F. URVAN. All claims by Defendant/Counter-Plaintiff STEVEN F. URVAN against Brew First, Inc. were no longer at issue following the Court's Order Granting in Part Third-Party Defendant's Motion to Dismiss [DE 219], and the subsequent decision by Defendant/Counter-Plaintiff STEVEN F. URVAN not to amend the Amended Third-Party Complaint. This also includes those portions of Counts VIII and IX that were raised against Brew First, Inc, as Brew First, Inc. is no longer a party to this case. The Court notes that it again enters a Final Judgment here to ensure that the record reflects that all claims have been disposed of by the Court.