UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 21-cv-82051-MATTHEWMAN

MATTHEW HAYDEN,

    Plaintiff/Counter-Defendant,

v.

STEVEN F. URVAN,

    Defendant/Counter-Plaintiff.
_____/

FILED BY ____SW____ D.C.
Mar 14, 2025
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - WPB

## JUDGMENT

Consistent with the Court's Order Granting in Part and Denying in Part Plaintiff/Counter-Defendant Matthew Hayden and Third-Party Defendant Brew First, Inc.'s Amended Omnibus Verified Motion to Determine Amount of Attorneys' Fees [DE 485], it is hereby **ORDERED** that judgment is entered in favor of Plaintiff/Counter-Defendant Matthew Hayden and Third-Party Defendant Brew First, Inc., and against Defendant/Counter-Plaintiff Steven F. Urvan, in the amount of $1,053,857.50 in attorney's fees, plus post-judgment interest at the statutory rate per 28 U.S.C. § 1961, for which let execution issue.

    **DONE AND ORDERED** in Chambers at West Palm Beach, Palm Beach County, Florida, this 14th day of March, 2025.

WILLIAM MATTHEWMAN
United States Magistrate Judge