UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 9:21-cv-82051-MATTHEWMAN

MATTHEW HAYDEN,

    Plaintiff,

v.

STEVEN F. URVAN,

    Defendant,

v.

BREW FIRST, INC.

    Third-Party Defendant.
_____/

**DEFENDANT/COUNTER-PLAINTIFF STEVEN F. URVAN'S UNOPPOSED MOTION FOR DISBURSEMENT OF BONDS AND NOTICE OF SETTLEMENT**

    Defendant/Counter-Plaintiff, Steven F. Urvan ("Urvan"), files this Unopposed Motion for Disbursement of those bonds paid to this Court on February 18, 2025, in the amount of $567,980.60 [DE 481 and DE 482], and July 15, 2025, in the amount of $1,264,296.23 [DE 531], respectively, and in support, states:

    1.    This action was filed with the United States District Court on November 9, 2021.

    2.    On February 18, 2025, after the merits and costs judgments were entered in favor of Plaintiff, Matthew Hayden ("Hayden") [DE 344, 357, 387] and while the merits judgment was on appeal to the U.S. Court of Appeals to the Eleventh Circuit as USCA Case No. 24-13146, Defendant paid a Supersedeas Bond in the amount of $567,980.60 to this Court (the "Liability Bond"). [DE 481 and DE 482].

    3.    On July 15, 2025, after this Court entered judgments awarding attorney's fees against

1

Urvan, and while those judgments were on appeal to the U.S. Court of Appeals for the Eleventh Circuit in USCA Case No. 25-11200 and USCA Case No. 25-11755 [DE 391, 495, 535], Urvan paid a Supersedeas Bond in the amount of $1,264,296.23 to this Court (the "Fee Bond"). [DE 531].

4. On September 29, 2025, Hayden, Urvan, and Third-Party Defendant Brew First, Inc. ("Brew First") entered into a settlement agreement (the "Settlement Agreement"), settling all claims in this action, including the appeals that remain pending (USCA Case No. 25-11200 and USCA Case No. 25-11755).

5. Pursuant to paragraph 4 of the Settlement Agreement, Urvan requests the Clerk of this Court to disburse check(s) and release the funds being held pursuant to the two Supersedeas Bonds in the principal amount of $1,832,276.83, plus any accrued interest, payable to the Jones Foster P.A., Trust Account.

6. WHEREFORE, Urvan respectfully requests that his Court enter an order directing the Clerk of Court to release the bonds and disburse check(s) in the principal amount of $1,832,276.83, plus any accrued interest, payable to the Jones Foster P.A., Trust Account.

**CERTIFICATE PURSUANT TO LOCAL RULE 7.1**

Undersigned counsel hereby certifies that they have conferred with all parties who may be affected by the relief sought in the motion, and counsel for Plaintiff and Third-Party Defendant have no objection to the requested relief.

Respectfully submitted,

JONES FOSTER P.A.
Attorneys for Defendant
505 S. Flagler Drive, Suite 1100
West Palm Beach, FL 33401
(561) 650-0404 [Telephone]
(561) 650-5300 [Facsimile]

By: /s/ Joanne M. O'Connor
    Joanne M. O'Connor
    Florida Bar No. 498807
    joconnor@jonesfoster.com
    Steven J. Rothman, B.C.S.
    Florida Bar No. 501591
    srothman@jonesfoster.com

### CERTIFICATE OF SERVICE

I hereby certify that on October 1, 2025, I electronically filed the foregoing document with the Clerk of Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Filing.

By /s/ Joanne M. O'Connor
Joanne M. O'Connor

*HAYDEN v. URVAN*
**CASE NO: 9:21-cv-82051-WM**

**SERVICE LIST**

Fred Alan Cunningham, Esq.
Matthew Thomas Christ, Esq.
Domnick Cunningham & Yaffa
2401 PGA Boulevard, #140
Palm Beach Gardens, FL 33410
Phone: (561) 625-6260
Fred@pbglaw.com
MTC@pbglaw.com
TLebel@pbglaw.com
Eservice@pbglaw.com
Co-Counsel for Plaintiff, Matthew Hayden

Adam T. Rabin, Esq.
Havan M. Clark, Esq.
Lauren Johnson, Esq.
Rabin Kammerer Johnson
1601 Forum Place, Suite 201
West Palm Beach, FL 33401-8102
Phone: (561) 659-7878
arabin@rkjlawgroup.com
hclark@rkjlawgroup.com
ljohnson@rkjlawgroup.com
e-filing@rkjlawgroup.com
Co-Counsel for Plaintiff, Matthew Hayden

Mandell Sundarsingh, Esq.
Sundarsingh Law, P.L.
1500 Gateway Blvd.
Suite 220
Boynton Beach, FL 33426
Phone: (561) 475-2295
mandell@creativelaw.net
paralegal@creativelaw.net
Counsel for Defendant, Steve Urvan

#7136354 v1 31820-00001

4